# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MANN REALTY ASSOCIATES, INC., | : | |
| Appellant, | : | No. 1:17-cv-1225 |
| v. | : | Hon. John E. Jones III |
| DOUBLE M DEVELOPMENT, | : | |
| Appellee. | : | |

## ORDER

**December 19, 2017**

In accordance with the Memorandum issued on today's date, it is hereby

**ORDERED** that:

1. The Appeal (Doc. 1) is **DENIED** and the June 29, 2017, Order of the Bankruptcy Court is **AFFIRMED**.

2. The Clerk of the Court is instructed to **CLOSE** the file on this case.

                                                                                      s/ John E. Jones III  
                                                                                      John E. Jones III  
                                                                                      United States District Judge